# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re: <br><br> David R. Morris, Sr., <br>    Debtor, <br> Regina T. Morris, <br>    Joint Debtor. <br> WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR CASCADE FUNDING MORTGAGE TRUST HB13, <br><br>    Movant, <br><br>        v. <br><br> David R. Morris, Sr., <br>    Debtor/Respondent, <br> Regina T. Morris, <br>    Joint Debtor/Respondent, <br> Kenneth E. West, Esquire, Trustee, <br>    Additional Respondent. | Bankruptcy No. 22-11083-amc <br><br> Chapter 13 |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this 13th day of Feb. , 2025, upon consideration of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for Cascade Funding Mortgage Trust HB13's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Wilmington Savings Fund Society, FSB, not in

its individual capacity but solely as Owner Trustee for Cascade Funding Mortgage Trust HB13; and it is further

ORDERED, that Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for Cascade Funding Mortgage Trust HB13, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the real property located at 612 Loblolly Street, Feasterville Trevose, PA 19053 including without limitation, a Sheriff Sale of the Property, and it is further

ORDERED that Wilmington Savings Fund Society, FSB, not in its Individual Capacity but Solely as Owner Trustee for Cascade Funding Mortgage Trust HB13's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Court Judge